IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | CASE NO. 6:16-CR-60004 | |
| MARTY WAGGONER | | DEFENDANT |

## **ORDER**

Before the Court is Defendant's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement. ECF No. 27. The Government has filed a response in which it opposes the requested relief. ECF No. 28. The Court finds this matter ripe for consideration.

In the instant motion, Defendant moves the Court to recommend that the Bureau of Prisons ("BOP") "afford the Defendant Residential Re-Entry Center/halfway house placement time of 12 months preceding the end of his sentence." ECF No. 27, p. 1. Defendant notes that ultimately the BOP has discretion to determine the propriety of placing an inmate in a residential re-entry center or halfway house. Defendant further states that he has completed the BOP's Non-Residential Drug Abuse Program while incarcerated.

Upon review of Defendant's motion and consideration of his arguments, the Court finds that the instant motion should be denied. Although the Court applauds Defendant's participation in the BOP's drug treatment programming, the Court has been informed by probation that subsequent to mailing the instant motion, Defendant was found in possession of a cellular phone. Defendant was subsequently disciplined through the loss of privileges and good-time.

Accordingly, the Court finds that the present circumstances do not warrant the requested judicial recommendation.

For the foregoing reasons, the Court finds that Defendant's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement (ECF No. 27) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 11th day of May, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge